# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA, LAS VEGAS DIVISION

| | |
|---|---|
| VEG FRESH FARMS, LLC., a limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>PAULMAR, LLC, a limited liability company d/b/a PARADISE PRODUCE, a/t/a PARADISE PRODUCE, LLC; MICHAEL K. ROSENBLUM, an individual; WILLIAM H. ROSENBLUM, an individual; and EUGENE J. HICKEY, an individual,<br><br>Defendants. | CASE NO. 2:17-cv-2761<br><br>**ORDER EXTENDING TRO AND CONTINUING THE HEARING ON PLAINTIFF'S APPLICATION FOR AN ORDER RE PRELIMINARY INJUNCTION**<br><br>**Hearing Date: November 17, 2017**<br>**Time: 10:00 a.m.**<br>**Courtroom: 6A** |

Upon review and consideration of VEG FRESH FARMS, LLC.'s, ("Plaintiff") Request to extend the Temporary Restraining Order issued by this Court on November 3, 2017 [Document 10] ("the TRO") and to continue the hearing on Plaintiff's application for an order re Preliminary Injunction presently set for November 17, 2017 at 10:00 a.m. ("the PI Hearing") and good cause appearing therefor,

/ / / /

/ / / /

1

IT IS HEREBY ORDERED that the hearing on Plaintiff's application for an order re Preliminary Injunction, currently set for Friday, November 17, 2017 at 10:00 a.m. be and hereby is continued to November 27, 2017, at 11:00 am in courtroom 6A.

IT IS FURTHER ORDERED that the TRO continue in full force and effect pending conclusion of the continued hearing set forth above or further Court order, whichever is sooner.

IT IS FURTHER ORDERED that in the event the Parties fully and finally settle this matter prior to the continued hearing set forth above Plaintiff will immediately so notify the Court and file a Notice of Dismissal of the District Court Action.

SO ORDERED.

DATED: November 17, 2017.

_____
U.S. DISTRICT COURT JUDGE