# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA, LAS VEGAS DIVISION

| | |
|---|---|
| VEG FRESH FARMS, LLC., a limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>PAULMAR, LLC, a limited liability company d/b/a PARADISE PRODUCE, a/t/a PARADISE PRODUCE, LLC; MICHAEL K. ROSENBLUM, an individual; WILLIAM H. ROSENBLUM, an individual; and EUGENE J. HICKEY, an individual,<br><br>Defendants. | CASE NO. 2:17-cv-2761<br><br>**ORDER RE SETTLEMENT AND RELEASE OF TRO FUNDS, ETC.** |

Upon review and consideration of the Stipulation between VEG FRESH FARMS, LLC. ("Plaintiff") and Defendants PAULMAR, LLC, a limited liability company d/b/a PARADISE PRODUCE, a/t/a PARADISE PRODUCE (collectively, "Paradise Produce") and MICHAEL K. ROSENBLUM ("MKR") re Settlement and Release of TRO Funds and Dissolution of the TRO, and good cause appearing therefor,

IT IS HEREBY ORDERED that US Bank shall release the sum of $32,000.00 currently held by US Bank pursuant to the terms of the Temporary Restraining Order issued by this Court

1

on November 3, 2017 [Document 10] (the "TRO") in the amount of $32,000.00 directly to Plaintiff's counsel, Rynn & Janowsky, LLP, by wire transfer subject to wire instructions to be separately provided by Rynn & Janowsky, LLP to US Bank.

IT IS FURTHER ORDERED that any funds remaining after distribution to Plaintiff's counsel as set forth above may be released to Defendant Paradise Produce.

IT IS FURTHER ORDERED that US Bank's transfer and release of funds in compliance with the foregoing provisions shall not be a violation of the TRO.

IT IS FURTHER ORDERED that upon receipt of the $32,000.00 described above, counsel for Plaintiff shall provide written confirmation of receipt of said funds to US Bank and Defendants and that upon US Bank's receipt of the foregoing confirmation the TRO shall be deemed dissolved without further Court order.

IT IS FURTHER ORDERED that the hearing on Plaintiff's application for an order re Preliminary Injunction currently set for Mon. November 27, 2017 at 11:00 am is hereby vacated and taken off calendar.

<u>SO ORDERED</u>.

DATED: November 27, 2017.

_____
U.S. DISTRICT COURT JUDGE